IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALTURNAMATS, INC.** | ) | |
| *a Pennsylvania corporation* | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | Civil Action No. 07-337 Erie |
| | ) | |
| **GERALD HARRY** | ) | |
| *an individual*, **et al.,** | ) | |
| Defendants | ) | |

## **O R D E R**

AND NOW, this 21st day of July, 2009, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed.  The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation.  It appears no further action is required by the Court at this time.



S/Sean J. McLaughlin
Sean J. McLaughlin,
United States District Judge

cc: all parties of record. nk